McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
SARAH L. RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone: (916) 977-8943
Fax: (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARBER,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>     Defendant. | CASE NO. **2:04-CV-01824-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS ($1,700.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

EAJA Stip & Order - 2:04-01824-KJM        **1**

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall return to Defendant's counsel, and Defendant's counsel shall retain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: May 18, 2006        /s/ Peter Brixie
                           PETER BRIXIE
                           Attorney at Law

                           Attorney for Plaintiff

DATED: May 18, 2006        McGREGOR W. SCOTT
                           United States Attorney
                           BOBBIE J. MONTOYA
                           Assistant U.S. Attorney

                      By:  /s/ Bobbie J. Montoya for
                           SARAH L. RYAN
                           Special Assistant U. S. Attorney

                           Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

EAJA Stip & Order - 2:04-01824-KJM        **2**

1
2
3                                ORDER
4      Counsel for Plaintiff is hereby awarded attorney's fees
5  pursuant to the Equal Access to Justice Act in the amount of
6  $1,700.00, pursuant to the stipulation of the parties.
7      APPROVED AND SO ORDERED.
8  DATED:  May 19, 2006.
9
10
11                          _____
12                          UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EAJA Stip & Order - 2:04-01824-KJM              **3**